IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| TAMMY HERRON, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 3:08cv422-MHT |
| | ) | (WO) |
| TRANS UNION, LLC, a | ) | |
| foreign limited liability | ) | |
| corporation, | ) | |
| | ) | |
|    Defendant. | ) | |

## JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 20), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Trans Union, LLC, and all claims against said defendant are dismissed with prejudice, with costs taxed against plaintiff.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 28th day of July, 2008.

           /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE