IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| TAMMY HERRON,                        ) | |
|                                      ) | |
|     Plaintiff,                       ) | |
|                                      ) | CIVIL ACTION NO. |
|     v.                               ) | 3:08cv422-MHT |
|                                      ) | (WO) |
| AMERICREDIT FINANCIAL                ) | |
| SERVICES, INC., a foreign            ) | |
| corporation,                         ) | |
|                                      ) | |
|     Defendant.                       ) | |

### JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 31), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Americredit Financial Services, Inc., and all claims against said defendant are dismissed with prejudice, with costs taxed against the respective parties.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 27th day of August, 2008.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE