IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
TAMMY HERRON,                      )
                                   )
     Plaintiff,                    )
                                   )      CIVIL ACTION NO.
     v.                            )      3:08cv422-MHT
                                   )            (WO)
EXPERIAN INFORMATION               )
SERVICES, INC., a foreign          )
corporation,                       )
                                   )
     Defendant.                    )
```

### JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 37), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Experian Information Services, Inc., and all claims against said defendant are dismissed with prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is now over and can be closed.

DONE, this the 24th day of September, 2008.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE